UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  12-20291-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

  Plaintiff,

v.

**ALINA FEAS**,

  Defendant,

**ORESTES FEAS**,

  Interested Party.

_____/

### ORDER ADOPTING STIPULATION OF SETTLEMENT
### OF THE PENDING WRITS OF GARNISHMENT AND EXECUTION

Based upon the Joint Stipulation of Settlement Regarding Pending Writs of Garnishment and Execution ("Stipulation") [ECF No. 612] filed by the United States and Interested Party, Orestes Feas, it is

**ORDERED AND ADJUDGED** that the Stipulation is **GRANTED**.  The Stipulation of Settlement is adopted as the Order of this Court.  Garnishee Bank of America is hereby **ORDERED** to deposit into the Clerk of the Court's Restitution Fund the contents of the accounts identified in its Answer to the Writ of Garnishment, plus any accrued interest.  The Garnishee shall make the deposit by cashier's check made payable to "U.S. Courts" and delivered to the Clerk of Court, 400 N. Miami Avenue, Miami, Florida 33128.

CASE NO.  12-20291-CR-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 10th day of October, 2014.

                                                            *[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record