UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 12-20291-CR-ALTONAGA

    Plaintiff,

vs.

ALINA FEAS,

    Defendant,

and

BANK OF AMERICA, N.A.,

    Garnishee.

_____/

## GARNISHEE'S MOTION FOR CLARIFICATION OF ORDER ADOPTING STIPULATION OF OCTOBER 10, 2014

GARNISHEE, BANK OF AMERICA, ("GARNISHEE"), moves for an order clarifying the Order Adopting Stipulation (DE:613) and says:

1. Garnishee's Answer (DE:562) discloses five accounts in which Defendant, Alina Feas, and others have an interest or may have an interest.  The proceeds from the five accounts total $313,550.50, plus the contents of a Safe Deposit Box, if any.

2. The  Stipulation (DE:612) between Plaintiff and non-party, Orestes Feas, addresses only two, of the five accounts from which Garnishee has held proceeds and possible contents of safe deposit box.

**HALEY & JHONES, P.A.**
9100 S. Dadeland Blvd., Suite 1500, PMB #150048, Miami, FL   33156, Telephone: (305) 661-4637

Page 2
*United States of America v. Alina Feas, Case No.: 12-20291-CR-Altonaga*
*Garnishee's Motion for Clarification of Order Adopting Stipulation of October 10, 2014*

3. However, the Court's order (DE:613) orders Garnishee "to deposit into the Clerk of the Court Restitution funds, the contents of the accounts identified in the Answer to Writ of Garnishment...".

4. Garnishee notes that Alina Feas, Jerry Feas and Lourdes Pola have not appeared in post-judgment garnishment proceedings or consented in writing as to disposition of account proceeds in which they may have an interest as disclosed in Garnishee's answer.

WHEREFORE, Garnishee requests clarification of the Order Adopting Stipulation as to the following:

1. Whether or not Garnishee should deposit into the Clerk of the Court Restitution Fund the contents of accounts identified in it's answer of $313,550.50 plus the contents of a Safe Deposit Box as set forth in the Court's order;

2. Whether or not, upon deposit of proceeds, Garnishee is absolved and released from liability as to Alina Feas, Jerry Feas and Lourdes Pola who have not consented in writing to disposition of their interest, if any, in the accounts;

3. Whether or not Garnishee shall deposit with the Clerk only the proceeds of the two accounts listed in the Stipulation between the Plaintiff and a non-party, Orestes Feas;

4. Whether or not upon deposit of the proceeds of the two accounts listed in the Stipulation, the writ of garnishment is dissolved, notwithstanding the language in the

**HALEY & JHONES, P.A.**
9100 S. Dadeland Blvd., Suite 1500, PMB #150048, Miami, FL   33156, Telephone: (305) 661-4637

Page 3
*United States of America v. Alina Feas, Case No.: 12-20291-CR-Altonaga*
*Garnishee's Motion for Clarification of Order Adopting Stipulation of October 10, 2014*

Court's order and notwithstanding that Alina Feas, Jerry Feas and Lourdes Pola have not consented to disposition of their interest, if any.

I HEREBY CERTIFY on the 23rd day of October, 2014, a true and correct copy of the foregoing filed with the Clerk of Court electronically, thereby a true and correct copy of the foregoing was served on Plaintiff's Counsel, Carlos Raurell, AUSA, Clerk of Court, United States District Court and to Alina Feas c/o Benson B. Weintraub .

        HALEY & JHONES, P.A.
        Attorneys for Garnishee
        9100 S. Dadeland Blvd., Suite 1500
        PMB #150048
        Miami, FL   33156
        Phone:   (305) 661-4637
        Fax:     (305) 661-4640

By:   */s/ ANA M. JHONES*
        ANA M. JHONES, ESQUIRE
        FBN: 771170
        J. T. HALEY, ESQUIRE
        FBN: 13163

P:\Garnishments-70.342\Answers-2013\13-640\13-640 Motion for Clarification.wpd