UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-20291-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ALINA FEAS**,

    Defendant,

and

**BANK OF AMERICA, N.A.**,

    Garnishee.

_____/

### ORDER REQUIRING RESPONSE

THIS CAUSE is before the Court on Garnishee's Motion for Clarification of Order Adopting Stipulation of October 10, 2014 ("Motion") [ECF No. 618]. Accordingly, it is

**ORDERED AND ADJUDGED** that the Government shall file a response to the Motion within the time permitted by the Rules.

**DONE AND ORDERED** in Miami, Florida, this 28th day of October, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record